## IN THE CIRCUIT COURT OF LEAKE COUNTY, MISSISSIPPI

**LORRAINE SULLIVAN**  **PLAINTIFF**

**VS.**  **CAUSE NO.: 21-CV-078-LE-CM**

**WAL-MART STORES EAST, LP;**
**AND JOHN DOES 1-10**  **DEFENDANTS**

### PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUEST FOR ADMISSIONS

**COMES NOW,** the Plaintiff, Lorraine Sullivan (hereinafter sometimes referred to as Ms. Smith or Plaintiff), by and through her attorney(s) and files her Response to Wal-Mart Stores East, LP, Request for Admissions, herein pursuant to Rule 36 of the *Mississippi Rules of Civil Procedure,* and in answering would show unto the Court the following;

1. Admit that the value of your claims for damages do not exceed the amount of $75,000.00.

   **RESPONSE:** Denied.

2. Admit that you would not accept any sum greater than $75,000.00 for any damages even if awarded by a jury.

   **RESPONSE:** Denied.

3. Admit that you will never seek to amend the Complaint to seek an amount above $75,000.00.

   **RESPONSE:** Denied.

4. Admit that you will never seek a verdict from any jury hearing this action greater than $75,000.00.

   **RESPONSE:** Denied.

5. Admit that you will not seek a verdict in excess of $75,000.00 exclusive of interest and cost at the trial of this matter.



**EXHIBIT B**

**RESPONSE:** Denied.

6. Admit that Walmart was not negligent as alleged in the Complaint in this matter.

**RESPONSE:** Denied.

7. Admit that Walmart is not liable for any injury allegedly sustained by Plaintiff.

**RESPONSE:** Denied.

8. Admit that the negligence of Plaintiff was the sole proximate cause of any injury to Plaintiff.

**RESPONSE:** Denied.

Respectfully submitted, this the 11th day of June, 2021.

LORRAINE SULLIVAN

By: *Lorraine Sullivan*
LORRAINE SULLIVAN

AS TO OBJECTION:

*/s/ Harry M. McCumber*

Harry M. McCumber, (MSB# 10632)
Morgan & Morgan, PLLC
4450 Old Canton Road, Suite 200
Jackson, Mississippi 39211
PHONE: (601) 718-0921
FAX: (601) 503-1627
EMAIL: hmccumber@forthepeople.com

## CERTIFICATE OF SERVICE

I, Harry M. McCumber, hereby certify that I have e-mailed, a true and correct copy of the above and foregoing to:

Tom M. Louis, (MSB# 8484)
J. Caroline Johnson (MSB# 105674)
WELLS MARBLE & HURST, PLLC
POST OFFICE BOX 131
JACKSON, MISSISSIPPI 39205-0131
TELEPHONE: (601) 605-6900
FACSIMILE: (601) 605-6901
tlouis@wellsmarble.com
cjohnson@wellsmarble.com

This, the 11th day of June, 2021.

_____
HARRY M. McCUMBER, Esq.