IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LORRIANE SULLIVAN**                                                                          **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO. 3:21-cv-456-HTW-LGI**

**WAL-MART STORES EAST, LP;**
**AND JOHN DOES 1-10**                                                  **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, Lorriane Sullivan, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that the attorney for Defendant, Wal-Mart Stores East, LP, joins this motion, finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the   26th   day of   July, 2022.

                                                /s/HENRY T. WINGATE
                                                **UNITED STATES DISTRICT JUDGE**

**APPROVED AND AGREED TO BY**:

*/s/Rajita Iyer Moss*                                      */s/Harry M. McCumber*
Thomas M. Louis  (MSB #8484)             Harry M. McCumber (MSB #10632)
Rajita Iyer Moss (MSB No. 10518)          Morgan & Morgan, PLLC
Wells Marble & Hurst, PLLC                  4450 Old Canton Road, Suite 200
P. O. Box 131                                              Jackson, MS 39211
Jackson, MS 39205-0131                        *Attorney for Plaintiff*
*Attorney for Defendants*